

NEW YORK
WASHINGTON, DC
MILWAUKEE
LOS ANGELES
HONG KONG

May 21, 2021

**VIA ELECTRONIC FILING**
The Honorable Timothy M. Reif, Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:  *Guizhou Tyre Co., Ltd.., et al . v. United States*, Consol. Ct. No. 19-00032 (Ct. Int'l Trade), Slip Op. 21-64

Dear Judge Reif:

In response to the Court's May 19, 2021 letter, Plaintiffs Guizhou Tyre Co., Ltd. and Guizhou Tyre Import and Export Co. Ltd. (collectively "Guizhou Tyre"), respectfully advise the Court that they do not believe that there is any confidential information that needs bracketing or redacting in the Court's May 19, 2021, opinion (Slip Op. 19-32). *See* ECF. No. 65.

The Court bracketed information as confidential on page 29 in footnote 11. We have reviewed this bracketed information and the underlying administrative record and do not believe that the statements in this footnote contain confidential information.

Please do not hesitate to contact the undersigned if further clarification is needed.

Very truly yours,

Andrew T. Schutz
Ned H. Marshak