

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

| | | | |
|---|---|---|---|
| Almaty | London | 1717 Pennsylvania Avenue, N.W. | Telephone +1 202 452 7373 |
| Beijing | Mexico City | Washington, D.C. 20006 | Facsimile +1 202 452 7333 |
| Bogotá | Milan | | www.curtis.com |
| Buenos Aires | Muscat | | |
| Dubai | New York | | **Matthew P. McCullough** |
| Frankfurt | Nur-Sultan | | Tel: +1 202 452 7327 |
| Geneva | Paris | | Fax: +1 202 452 7333 |
| Houston | Rome | | E-Mail: mmccullough@curtis.com |

May 25, 2021

<u>**VIA ELECTRONIC FILING**</u>
The Honorable Timothy M. Reif, Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278

Re**:**   *Guizhou Tyre Co., Ltd. et al. v. United States*, Consol. Ct. No. 19-00032 (Ct. Int'l Trade), Slip Op. 21-64

Dear Judge Reif:

On Behalf of the China Manufactures Alliance, LLC and in response to the Court's letter of May 19, 2021, ECF No. 66, we note no instances where information not already redacted should be treated as confidential information.

Respectfully Submitted,

<u>/s/ Matthew P. McCullough</u>

Matthew P. McCullough

**Curtis, Mallet-Prevost, Colt & Mosle LLP**
*Counsel to China Manufactures Alliance, LLC*