UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| GUIZHOU TYRE CO., LTD., AND GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., <br><br> Plaintiffs, <br><br> and <br><br> CHINA MANUFACTURERS ALLIANCE, LLC, SHANGHAI HUAYI GROUP CORPORATION LIMITED, and QINGDAO JINHAOYANG INTERNATIONAL CO., LTD., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00032 |

**<u>ORDER</u>**

Upon consideration of defendant's consent motion for an extension of time for filing a response to remand comments in this matter and motion for leave to exceed the Rule 56.2(h) brief word count limitations in the response to remand comments, it is hereby

ORDERED that defendant's motion is granted, and it is further

ORDERED that defendant shall file its response to remand comments on or before December 22, 2021, and it is further

ORDERED that defendant's response to remand comments shall not exceed 14,000 words, and it is further

ORDERED that plaintiffs shall file the joint appendix on or before January 5, 2022.

.

_____
JUDGE

Dated: _____, 2021
      New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| GUIZHOU TYRE CO., LTD., AND GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., <br><br> Plaintiffs, <br><br> and <br><br> CHINA MANUFACTURERS ALLIANCE, LLC, SHANGHAI HUAYI GROUP CORPORATION LIMITED, and QINGDAO JINHAOYANG INTERNATIONAL CO., LTD., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Consol. Court No. 19-00032 |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE THE RESPONSE TO REMAND COMMENTS AND MOTION FOR LEAVE TO EXCEED RULE 56.2(h) RESPONSE BRIEF WORD COUNT LIMITATIONS**

Defendant, the United States, respectfully requests that the Court extend the deadline for the Government to file its response to remand comments in this matter by five days, through and including December 22, 2021, and to extend the remaining deadline in the case correspondingly. The response to remand comments is currently due December 17, 2021.  This is our first request for an extension of time for this purpose.

Defendant also respectfully requests leave from the Court to file a response to remand comments in excess of the word count limitations in the standard Chamber's Procedures order. The current word count limitation is 10,000 words.  For the reasons discussed below, defendant

requests that the Court extend the word limit by 4,000 words.  Counsel for defendant has conferred with counsel for all other parties, and all have consented to our motion.

Good cause exists for this request because we require additional time to coordinate and finalize the contents of our fact-intensive response to remand comments with the U.S. Department of Commerce and because counsel has been required to spend a considerable amount of time working on other time-sensitive matters.  In addition, counsel has other matters which have required, and which will require, her attention prior to the date on which our response is due.

In this Court, counsel filed a response to a motion for judgment on the administrative record in *Both-Well (Taizou) Steel Fittings Co., Ltd. v. United States*, No. 21-166 (Ct. Int'l Trade), on October 29, 2021.  Counsel participated in oral arguments in *Bonney Forge Corp. v. United States*, No. 20-3837 (Ct. Int'l Trade), and *Shantou Red Garden Food Processing Co. v. United States*, No. 20-3947 (Ct. Int'l Trade), on November 5, 2021, and November 9, 2021, respectively, with the *Bonney Forge* argument held in New York, New York.  In *Bonney Forge*, counsel also filed a letter brief explaining why *Bonney Forge* is distinguishable from a voluntary remand previously sought in *Ellwood City Forge Co. v. United States*, No. 21-0007 (Ct. Int'l Trade), on November 17, 2021.  Counsel also filed a response to a motion for judgment on the administrative record in *Ad Hoc Shrimp Trade Enforcement Committee v. United States*, No. 21-129 (Ct. Int'l Trade), on December 3, 2021.  On December 15, 2021, counsel must participate in oral argument in *NTSF Seafoods Joint Stock Co. v. United States*, No. 20-104 (Ct. Int'l Trade) and *Catfish Farmers of America, et al. v. United States*, No. 20-105 (Ct. Int'l Trade), in New York, New York.

In other courts, counsel filed an informal response brief in *Emiabata v. United States*, No. 21-1703 (Fed. Cir.), on November 22, 2021. Counsel also filed a motion for judgment on the administrative record on October 29, 2021, in *Chaise SDN Group, LLC v. United States*, No. 21-1982C, and filed a corrected administrative record on November 2, 2021. Following extensive coordination with the two agencies involved, the General Services Administration and the Small Business Administrative, counsel filed notices of corrective action in *Chaise* and a related bid protest case, *Aurora Technology Consulting, LLC v. United States*, No. 21-1675C (Fed. Cl.), on November 5, 2021, after obtaining internal approval. Counsel also filed an amended motion to dismiss in *Kim v. United States*, No. 21-1110C (Fed. Cl.), on November 24, 2021.

Additionally, counsel was on annual leave attending a legal conference from November 11-13, 2021, and was on pre-planned annual leave for the Thanksgiving holiday from November 25-29, 2021.

With respect to our request for leave to exceed the word count limitation, the request is necessary to fully address the numerous arguments on complex issues both the plaintiffs and consolidated plaintiffs have raised, as well as to fully explain the 83-page remand redetermination. We note that the plaintiffs' and consolidated plaintiffs' comments on the remand redetermination were a combined 12,985 words. We do not anticipate asking for an additional word count enlargement.

Accordingly, we respectfully request that the Court grant our consent motion for an extension of time, through and including December 22, 2021, for the Government to file our response to remand comments in this matter, and for our response to remand comments to not exceed 14,000 words.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | s/L. Misha Preheim<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL: | s/Kara M. Westercamp<br>KARA M. WESTERCAMP |
| W. MITCH PURDY<br>Attorney<br>Office of the Chief Counsel<br>    for Trade Enforcement & Compliance<br>U.S. Department of Commerce | Trial Attorney<br>Civil Division/National Courts<br>U.S. Department of Justice<br>P.O. Box 480<br>Washington, DC 20044<br>Phone: (202) 305-7571<br>Email: kara.m.westercamp@usdoj.gov |
| December 14, 2021 | Attorneys for Defendant |